FILED
U.S. District Court
District of Kansas
08/18/2026
Clerk, U.S. District Court
By: SND Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**ROBERT JAMES SWINT,**

**Plaintiff,**

**v.** **CASE NO. 26-3197-JWL**

**POST SCRIPT, INC.,**

**Defendant.**

**MEMORANDUM AND ORDER**

Plaintiff Robert James Swint, who is housed at the Oregon State Mental Institution in Salem, Oregon, began this pro se civil action by filing a Complaint in this Court. (Doc. 1.) When Plaintiff filed his complaint, he neither paid the full filing fee of $405.00 nor filed a motion for leave to proceed in forma pauperis, meaning without prepayment of the filing fee. On July 8, 2026, the Court entered a Memorandum and Order to Show Cause (Doc. 2) ("MOSC") granting Plaintiff until August 10, 2026, in which to either pay the full $405.00 filing fee or submit a motion for leave to proceed in forma pauperis. The Court also granted Plaintiff until August 10, 2026, in which to show good cause why this case should not be dismissed as frivolous.

The Court reviewed the Complaint (Doc. 1) and found that it failed to state a plausible claim for relief and is frivolous. The Court found that even liberally construing the pro se Complaint, it lacks an arguable basis in law or fact. *See Swint v. Int'l Paper Co.*, 2021 WL 4149563, at *2 (D. Mont. 2021) (finding Swint's complaint incomprehensible and irrational, and stating that since December 2020, Swint had filed more than 40 pro se civil actions and appeals in federal courts around the country, and "every case that has been addressed on the merits has been

dismissed as either frivolous or duplicative, for failure to state a claim, or for lack of subject matter jurisdiction").

Plaintiff has failed to respond by the Court's deadline. The MOSC required Plaintiff to show good cause why this case should not be dismissed as frivolous and states that "[t]he failure to respond by the deadline will result in the dismissal of this matter with prejudice and without additional prior notice." (Doc. 2, at 3.)

**IT IS THEREFORE ORDERED BY THE COURT** that this matter is **dismissed with prejudice** as frivolous.

**IT IS SO ORDERED**.

**Dated August 18, 2026, in Kansas City, Kansas.**

**S/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**